UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAN ASIAN COMMERCIAL CONSULTING GROUP,
LLC,

                              Plaintiff,

            -v-

WEAR FIRST SPORTSWEAR, INC.,

                            Defendant.
------------------------------------------------------------------X

13 Civ. 3503 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 27, 2013, the Court placed this matter on its suspense docket while the parties undertook arbitration. Dkt. 22. Since the Court's order, there has been no activity in this matter. The Court orders the parties to file a status update by **July 19, 2023**, informing the Court whether this case should be closed.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 14, 2023
       New York, New York