UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
PAN ASIAN COMMERCIAL CONSULTING GROUP,                            :
LLC,                                                              :     13 Civ. 3503 (PAE)
                                                                  :
                           Plaintiff,                          :     ORDER
                                                                  :
                 -v-                                        :
                                                                  :
WEAR FIRST SPORTSWEAR, INC.,                                      :
                                                                  :
                           Defendant.                          :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        On November 27, 2013, the Court placed this matter on its suspense docket while the parties undertook arbitration. Dkt. 22. On July 24, 2023, the Court issued an order directing the parties to file a status update by July 19, 2023, stating whether this case should be closed. Dkt. 23. The Court has not received any such notice. Accordingly, the Court dismisses this case without prejudice. The Clerk of Court is respectfully directed to close this case.

        SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: July 25, 2023
       New York, New York